| No. | IP Address |
|---|---|
| 1 | 198.46.138.18 |
| 2 | 2600:1700:2800:2ed0:4d1f:c735:c1dc:220b |
| 3 | 2001:470:b07e:0:d83a:a3ff:fe5e:ca |
| 4 | 2620:7:6001::ffff:c759:e656 |
| 5 | 162.158.65.151 |
| 6 | 141.101.71.242 |
| 7 | 2620:7:6001::ffff:c759:e641 |
| 8 | 2001:4b98:dc0:47:216:3eff:fe3d:888c |
| 9 | 2606:4700:1101:0:8316:3b6e:7ee3:e926 |
| 10 | 2605:6400:20:a14::1 |
| 11 | 2400:cb00:21:10e::2 |
| 12 | 204.85.191.31 |
| 13 | 65.19.167.130 |
| 14 | 2605:6400:30:fa6b::1 |
| 15 | 67.205.146.164 |
| 16 | 216.218.222.14 |
| 17 | 70.32.0.45 |
| 18 | 212.103.48.115 |
| 19 | 174.255.1.178 |
| 20 | 24.180.115.170 |
| 21 | 139.28.216.172 |
| 22 | 2607:fb90:5b6:a70e:6581:8b13:2ae6:d14d |
| 23 | 2606:4700:1101:0:ed44:cc54:2e59:bccd |
| 24 | 2400:cb00:36:1008::a29e:40f1 |
| 25 | 8.25.104.5 |
| 26 | 162.212.166.41 |
| 27 | 2001:268:c052:12fc:b5b5:1e5c:2637:645f |
| 28 | 2600:1005:b160:eb5:6b76:fd7f:da7c:cb98 |
| 29 | 2604:6000:9f45:e800:a8b7:797:3bba:8333 |
| 30 | 2604:6000:9f45:e800:6d2c:28ce:48c1:acda |
| 31 | 2601:40d:8101:4330:59e7:b7cc:fbc:e63 |
| 32 | 2606:4700:1101:0:c35e:a50c:2ab0:a2e8 |
| 33 | 2400:cb00:36:1002::a29e:4039 |
| 34 | 2620:7:6001::ffff:c759:e656 |
| 35 | 134.209.233.166 |
| 36 | 162.158.65.151 |
| 37 | 141.101.71.242 |
| 38 | 2001:4b98:dc0:47:216:3eff:fe3d:888c |
| 39 | 162.158.216.50 |
| 40 | 2400:cb00:36:1005::a29e:4090 |
| 41 | 46.101.127.145 |
| 42 | 2605:6400:10:549::1 |
| 43 | 104.223.123.98 |
| 44 | 216.218.222.12 |
| 45 | 64.190.90.60 |
| 46 | 45.55.49.75 |

**Exhibit "1"**

| | |
|---|---|
| 47 | 159.203.134.134 |
| 48 | 65.19.167.130 |
| 49 | 104.236.141.156 |
| 50 | 104.131.188.187 |
| 51 | 204.85.191.30 |
| 52 | 23.129.64.102 |
| 53 | 95.85.33.177 |
| 54 | 216.218.222.14 |
| 55 | 198.211.121.79 |
| 56 | 178.62.102.23 |
| 57 | 104.131.176.234 |

| No. | Location | Email Address |
|---|---|---|
| 1 | Buffalo,New York,United States,North America | peterjone@tutanota.de |
| 2 | San Francisco,California,United States,North America | peterjone@tutanota.de |
| 3 | Gravenhurst,Ontario,Canada,North America | peterjone@tutanota.de |
| 4 | United States,North America | peterjone@tutanota.de |
| 5 | Hillsboro,Oregon,United States,North America | hashib4305@gmail.com |
| 6 | London,England,United Kingdom,Europe | hashib4305@gmail.com |
| 7 | United States,North America | peterjone@tutanota.de |
| 8 | France,Europe | peterjone@tutanota.de |
| 9 | United States,North America | peterjone@tutanota.de |
| 10 | United States,North America | peterjone@tutanota.de |
| 11 | London,England,United Kingdom,Europe | peterjone@tutanota.de |
| 12 | Burlington,North Carolina,United States,North America | peterjone@tutanota.de |
| 13 | United States,North America | peterjone@tutanota.de |
| 14 | United States,North America | peterjone@tutanota.de |
| 15 | North Bergen,New Jersey,United States,North America | peterjone@tutanota.de |
| 16 | United States,North America | peterjone@tutanota.de |
| 17 | Ashburn,Virginia,United States,North America | jimcaldwell1@hotmail.com |
| 18 | New York,New York,United States,North America | maheshmadushanka166@gmail.co |
| 19 | United States,North America | oliviascott199547@gmail.com |
| 20 | Ionia,Michigan,United States,North America | reaperricko8@yahoo.com |
| 21 | Los Angeles,California,United States,North America | valadezjorge742@gmail.com |
| 22 | Modesto,California,United States,North America | ocman38@gmail.com |
| 23 | United States,North America | himel.info@gmail.com |
| 24 | Hillsboro,Oregon,United States,North America | himel.info@gmail.com |
| 25 | Rockville,Maryland,United States,North America | drsaunders@gmail.com |
| 26 | Puerto Rico,North America | luillo178@hotmail.com |
| 27 | Japan,Asia | riza1988@ezweb.ne.jp |
| 28 | Columbus,Georgia,United States,North America | diangelabaldwin@gmail.com |
| 29 | Portland,Maine,United States,North America | revelationjesus2025@gmail.com |
| 30 | Portland,Maine,United States,North America | revelationjesus2025@gmail.com |
| 31 | Walled Lake,Michigan,United States,North America | bobsteveex@aol.com |
| 32 | United States,North America | hashib4305@gmail.com |
| 33 | Hillsboro,Oregon,United States,North America | hashib4305@gmail.com |
| 34 | United States,North America | peterjone@tutanota.de |
| 35 | Frankfurt am Main,Hesse,Germany,Europe | peterjone@tutanota.de |
| 36 | Hillsboro,Oregon,United States,North America | hashib4305@gmail.com |
| 37 | London,England,United Kingdom,Europe | hashib4305@gmail.com |
| 38 | France,Europe | peterjone@tutanota.de |
| 39 | Ho Chi Minh City,Ho Chi Minh,Vietnam,Asia | peterjone@tutanota.de |
| 40 | Hillsboro,Oregon,United States,North America | alexandr.anciferov@gmail.com |
| 41 | Frankfurt am Main,Hesse,Germany,Europe | happythecat@protonmail.com |
| 42 | United States,North America | happythecat@protonmail.com |
| 43 | Miami,Florida,United States,North America | happythecat@protonmail.com |
| 44 | United States,North America | happythecat@protonmail.com |
| 45 | United States,North America | happythecat@protonmail.com |
| 46 | Clifton,New Jersey,United States,North America | happythecat@protonmail.com |

| | | |
|---|---|---|
| 47 | Clifton,New Jersey,United States,North America | happythecat@protonmail.com |
| 48 | United States,North America | happythecat@protonmail.com |
| 49 | San Francisco,California,United States,North America | happythecat@protonmail.com |
| 50 | Clifton,New Jersey,United States,North America | happythecat@protonmail.com |
| 51 | Burlington,North Carolina,United States,North America | happythecat@protonmail.com |
| 52 | Seattle,Washington,United States,North America | happythecat@protonmail.com |
| 53 | Amsterdam,North Holland,Netherlands,Europe | happythecat@protonmail.com |
| 54 | United States, | happythecat@protonmail.com |
| 55 | Amsterdam | happythecat@protonmail.com |
| 56 | London | happythecat@protonmail.com |
| 57 | Clifton,New Jersey,United States,North America | happythecat@protonmail.com |

| No. | Time Stamp | Piracy Website |
|---|---|---|
| 1 | 2017-11-24 14:57:17.523792+00 | yts.ag |
| 2 | 2019-03-26 23:25:30.060443+00 | yts.ag |
| 3 | 2018-09-19 12:27:05.71563+00 | yts.ag |
| 4 | 2019-03-28 14:07:10.187248+00 | yts.ag |
| 5 | 2018-10-04 18:48:04.64947+00 | yts.ag |
| 6 | 2019-04-12 11:51:51.805717+00 | yts.ag |
| 7 | 2019-01-22 08:26:02.54223+00 | yts.ag |
| 8 | 2019-04-21 21:23:02.697548+00 | yts.ag |
| 9 | 2019-04-09 13:56:08.731934+00 | yts.am |
| 10 | 2018-02-12 16:37:57.22118+00 | yts.am |
| 11 | 2018-09-08 15:06:50.770369+00 | yts.am |
| 12 | 2018-09-16 16:03:43.293265+00 | yts.am |
| 13 | 2018-10-19 09:16:51.052958+00 | yts.am |
| 14 | 2019-05-23 15:53:57.161137+00 | yts.am |
| 15 | 2018-01-22 12:49:05.180377+00 | yts.am |
| 16 | 2018-08-24 14:34:20.29611+00 | yts.am |
| 17 | 2019-03-18 17:27:27.555491+00 | yts.am |
| 18 | 2019-05-23 23:28:57.065063+00 | yts.am |
| 19 | 2019-05-24 01:51:58.780956+00 | yts.am |
| 20 | 2019-05-24 07:49:32.335518+00 | yts.am |
| 21 | 2019-05-27 05:07:08.150174+00 | yts.am |
| 22 | 2018-02-08 05:03:04.682011+00 | yts.am |
| 23 | 2019-03-20 14:52:11.127545+00 | yts.am |
| 24 | 2018-12-19 09:05:37.679237+00 | yts.am |
| 25 | 2018-04-06 22:53:05.948171+00 | yts.am |
| 26 | 2018-07-29 04:29:24.341254+00 | yts.am |
| 27 | 2018-08-08 22:17:51.643208+00 | yts.am |
| 28 | 2018-12-15 02:08:41.871848+00 | yts.am |
| 29 | 2019-03-16 22:09:48.879404+00 | yts.am |
| 30 | 2019-01-21 20:14:22.932249+00 | yts.am |
| 31 | 2019-02-18 18:34:46.208185+00 | yts.am |
| 32 | 2019-03-10 17:40:48.590107+00 | yts.am |
| 33 | 2019-01-19 07:43:54.292687+00 | yts.am |
| 34 | 2019-03-28 14:07:10.187248+00 | yts.am |
| 35 | 2019-03-21 14:45:49.257316+00 | yts.am |
| 36 | 2018-10-04 18:48:04.64947+00 | yts.am |
| 37 | 2019-04-12 11:51:51.805717+00 | yts.am |
| 38 | 2019-04-21 21:23:02.697548+00 | yts.am |
| 39 | 2016-09-04 05:01:34.100242+00 | yts.am |
| 40 | 2018-10-17 13:16:55.288925+00 | yts.am |
| 41 | 2018-02-16 10:46:58.652263+00 | yts.gg |
| 42 | 2018-09-06 13:21:21.509732+00 | yts.gg |
| 43 | 2018-05-01 21:35:45.234367+00 | yts.gg |
| 44 | 2018-03-06 18:11:31.503688+00 | yts.gg |
| 45 | 2018-08-31 05:34:24.807456+00 | yts.gg |
| 46 | 2018-01-23 11:44:01.723915+00 | yts.gg |

| | | |
|---|---|---|
| 47 | 2017-10-14 09:22:35.816229+00 | yts.gg |
| 48 | 2018-02-16 17:55:55.294389+00 | yts.gg |
| 49 | 2018-02-01 12:53:48.782029+00 | yts.gg |
| 50 | 2018-01-14 19:46:03.945241+00 | yts.gg |
| 51 | 2018-08-31 07:29:40.309503+00 | yts.gg |
| 52 | 2018-02-03 11:13:00.833463+00 | yts.gg |
| 53 | 2018-01-30 10:22:00.899694+00 | yts.gg |
| 54 | 2018-02-16 13:19:46.327169+00 | yts.gg |
| 55 | 2017-11-17 11:25:45.762568+00 | yts.gg |
| 56 | 2017-09-13 13:50:59.025108+00 | yts.gg |
| 57 | 2018-01-15 10:16:17.57743+00 | yts.gg |

| No. | ISP | Organization |
|---|---|---|
| 1 | ColoCrossing | Warfront Cafe LLC |
| 2 | AT&T U-verse | AT&T U-verse |
| 3 | Hurricane Electric LLC | Hurricane Electric LLC |
| 4 | Quintex Alliance Consulting | Quintex Alliance Consulting |
| 5 | Cloudflare | Cloudflare |
| 6 | Cloudflare | Cloudflare |
| 7 | Quintex Alliance Consulting | Quintex Alliance Consulting |
| 8 | GANDI SAS | GANDI SAS |
| 9 | Cloudflare | Cloudflare |
| 10 | FranTech Solutions | FranTech Solutions |
| 11 | Cloudflare | Cloudflare |
| 12 | North Carolina Research and Education Net | University of North Carolina at Chapel Hill |
| 13 | Hurricane Electric | Hurricane Electric |
| 14 | FranTech Solutions | FranTech Solutions |
| 15 | Digital Ocean | Digital Ocean |
| 16 | Hurricane Electric | Hurricane Electric |
| 17 | GigeNET | GigeNET |
| 18 | M247 Europe SRL | M247 LTD New York Infrastructure |
| 19 | Verizon Wireless | Verizon Wireless |
| 20 | Spectrum | Spectrum |
| 21 | M247 Europe SRL | M247 Europe SRL |
| 22 | T-Mobile USA | T-Mobile USA |
| 23 | Cloudflare | Cloudflare |
| 24 | Cloudflare | Cloudflare |
| 25 | Level 3 Communications | comScore |
| 26 | San Juan Cable, LLC | San Juan Cable, LLC |
| 27 | au one net | au one net |
| 28 | Verizon Wireless | Verizon Wireless |
| 29 | Spectrum | Spectrum |
| 30 | Spectrum | Spectrum |
| 31 | Comcast Cable | Comcast Cable |
| 32 | Cloudflare | Cloudflare |
| 33 | Cloudflare | Cloudflare |
| 34 | Quintex Alliance Consulting | Quintex Alliance Consulting |
| 35 | Digital Ocean | Digital Ocean |
| 36 | Cloudflare | Cloudflare |
| 37 | Cloudflare | Cloudflare |
| 38 | GANDI SAS | GANDI SAS |
| 39 | Cloudflare | Cloudflare |
| 40 | Cloudflare | Cloudflare |
| 41 | DigitalOcean | DigitalOcean |
| 42 | FranTech Solutions | FranTech Solutions |
| 43 | QuadraNet | QuadraNet |
| 44 | Hurricane Electric | Hurricane Electric |
| 45 | CloudRoute, LLC | NYI |
| 46 | Digital Ocean | Digital Ocean |

| | | |
|---|---|---|
| 47 | Digital Ocean | Digital Ocean |
| 48 | Hurricane Electric | Hurricane Electric |
| 49 | Digital Ocean | Digital Ocean |
| 50 | Digital Ocean | Digital Ocean |
| 51 | North Carolina Research and Education Net | University of North Carolina at Chapel Hill |
| 52 | Emerald Onion | Emerald Onion |
| 53 | Digital Ocean | Digital Ocean |
| 54 | Hurricane Electric | Hurricane Electric |
| 55 | Digital Ocean | Digital Ocean |
| 56 | Digital Ocean | Digital Ocean |
| 57 | Digital Ocean | Digital Ocean |