| No | IP | Port | Hit Date UTC |
|---:|---|---:|---|
| 1 | 98.150.249.116 | 54140 | 2019-06-23 01:20:03 |
| 2 | 24.165.54.7 | 52518 | 2019-06-08 01:37:40 |
| 3 | 66.91.36.30 | 52890 | 2019-05-31 23:12:14 |
| 4 | 75.85.18.49 | 6881 | 2019-05-24 19:58:36 |
| 5 | 66.8.223.126 | 49186 | 2019-05-20 04:43:34 |
| 6 | 72.130.60.143 | 26110 | 2019-05-18 18:15:19 |
| 7 | 66.8.163.106 | 43841 | 2019-05-12 20:56:12 |
| 8 | 76.173.35.176 | 6881 | 2019-05-11 01:27:45 |
| 9 | 76.173.146.100 | 48031 | 2019-05-10 11:08:43 |
| 10 | 174.239.2.163 | 9429 | 2019-06-26 22:23:51 |
| 11 | 174.239.0.84 | 4524 | 2019-05-24 07:00:00 |
| 12 | 174.239.2.29 | 3052 | 2019-05-21 23:08:36 |
| 13 | 174.239.4.217 | 2676 | 2019-05-17 20:50:05 |
| 14 | 141.239.196.88 | 51954 | 2019-05-24 23:44:17 |
| 15 | 72.234.121.97 | 46668 | 2019-05-15 05:18:42 |
| 16 | 141.239.255.99 | 49420 | 2019-05-15 03:52:07 |

**Exhibit "2"**

| No | File Name |
|---|---|
| 1 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 2 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 3 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 4 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 5 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 6 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 7 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 8 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 9 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 10 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 11 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 12 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 13 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 14 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 15 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |
| 16 | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM] |

| No | File Hash | ISP |
|---|---|---|
| 1 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 2 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 3 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 4 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 5 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 6 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 7 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 8 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 9 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Spectrum |
| 10 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Verizon Wireless |
| 11 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Verizon Wireless |
| 12 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Verizon Wireless |
| 13 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Verizon Wireless |
| 14 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Hawaiian Telcom |
| 15 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Hawaiian Telcom |
| 16 | SHA1: 10142A7133B784BF295AAFABDDAAC53F90EA8C88 | Hawaiian Telcom |

| No | Region | City | Province |
|---|---|---|---|
| 1 | Hawaii | Kihei | Maui County |
| 2 | Hawaii | Kapaa | Kauai County |
| 3 | Hawaii | Honolulu | Honolulu County |
| 4 | Hawaii | 'Ewa Beach | Honolulu County |
| 5 | Hawaii | Wahiawa | Honolulu County |
| 6 | Hawaii | Honolulu | Honolulu County |
| 7 | Hawaii | Waipahu | Honolulu County |
| 8 | Hawaii | Waipahu | Honolulu County |
| 9 | Hawaii | Honolulu | Honolulu County |
| 10 | Hawaii | Mililani Town | Honolulu County |
| 11 | Hawaii | Honolulu | Honolulu County |
| 12 | Hawaii | 'Ewa Beach | Honolulu County |
| 13 | Hawaii | Waipahu | Honolulu County |
| 14 | Hawaii | ʻAiea | Honolulu County |
| 15 | Hawaii | 'Ewa Beach | Honolulu County |
| 16 | Hawaii | Honolulu | Honolulu County |