UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Wicked Nevada, LLC | ) |
| Plaintiff, | ) **Case No.: 1:19-cv-** |
| | ) **(Copyright)** |
| vs. | ) |
| | ) **DECLARATION OF STEPHANIE** |
| JOHN DOE dba YTS, et al. | ) **KESSNER** |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF STEPHANIE KESSNER

Stephanie Kessner hereby declares under penalty of laws of the United States that the following is true and correct.

1.     I am over 18 years of age and a resident of Kailua Kona, Hawaii.

2.     I work with Culpepper IP, LLLC as a paralegal/legal assistant.

3.     The below image accurately reflects how the website http://yts.lt appeared on July 19, 2019 with the exception of the redaction of a portion of the Internet Protocol ("IP") address.  The website included a promotion for a Virtual Private Network ("VPN") service that included an accurate description of the IP address of my current location, the web browser, the computer and monitor used to view the website.



4.    The webbrower includes in Add-On to block trackers generated by websites.  The Add-On was checked to see if Cookies for Advertisements were being generated by the website.   The screenshot below is an accurately shows the information displayed by the Add-On on July 19, 2019 which shows that a tracker was blocked from the website.



5.    The   below   image   accurately   reflects   how   the   website https://yts.lt/blog/yts-ag-yify-registrations-are-open appeared on July 19, 2019.



6.    On July 31, 2019, I clicked on the link "Register" on the YTS website and registered an account.  The registration process involved selecting a username consistent with the YTS username rules and inputting my email address.  I selected username "Downloader26".

7.    After I created my account, I logged in using my account credentials. Then, I searched for the motion picture *Extremely Wicked, Shockingly Evil and Vile*. Below is a true and accurate copy of the website https://yts.lt/movie/extremely-wicked-shockingly-evil-and-vile-2019 ("Wicked Website") that was returned in response to my search.  The Wicked Website included the advertisement for VPN service that included my IP address.

3



8.  The Wicked Website included a description of the motion picture, four options for downloading torrent files, who uploaded the torrent files to the Wicked Website, and how many times it had been downloaded as shown below.



9.     The Wicked Website indicated that a user named "FREEMAN" uploaded the motion picture to the website.  Clicking on the username "FREEMAN" generated a website showing detailed information about the user.  As shown below, the detailed information indicates that FREEMAN has the user class "Administrator".



10.     The Wicked website included comments from users.  The below image is a true and accurate representation of how the comments appeared.



**23 Comments**

**darkilluminatus**    0 ♡
July 18, 2019 at 04:36 pm

How did you all get through this? All your positive remarks are wanting me to actually trudge through the awful acting I've been barraged by since the opening scene. I literally didn't even make it 3 minutes before turning it off.

**Trina_Mae**    0 ♡
July 12, 2019 at 07:33 am

How do you download this?

**sorcerer**    0 ♡
July 08, 2019 at 10:19 am

this is a dark movie (even is something you should see, just for general knowledge of the world) but Lily Collins rulz ;) ... RILI :P

**zorg2**    0 ♡
July 07, 2019 at 10:42 am

Been waiting for this - thanks again FREEMAN for the upload.

**the_cyborg**    0 ♡
July 07, 2019 at 06:02 am

Thank you Freeman.

**mahuzin**    0 ♡
June 27, 2019 at 07:53 pm

Thanks

Leave a comment                                    Submit



11.     By typing in the box "leave a comment", a comment could be left on the Wicked Website from my location.  The "leave a comment" feature was tested twice by first typing in comment "Test" and then "Hope this doesn't have a virus!" and pressing submit as shown below.



12.     Initially the comments were not visible, but after about five minutes both comments were visible on the Wicked website as shown below.



13.    The Wicked website included options for downloading four different torrent file types:   720p.BluRay; 1080p BluRay; 720p WEB; and 1080p.WEB.

14.    Clicking on the link "720p BluRay" caused the computer to automatically download a copy of a torrent file named "Extremely Wicked, Shockingly Evil and Vile (2019) [BluRay] [720p] [YTS.LT].torrent".



15.    Clicking on the link "720p WEB" caused the computer to automatically download a copy of a torrent file named "Extremely Wicked, Shockingly Evil and Vile (2019) [WEBRip] [720p] [YTS.LT].torrent".

16.    While navigating the YTS.LT website, numerous pop-up windows with advertisements were generated regarding pornography and redeemable prizes.

17.    As of July 31, 2019, entering in the websites YTS.AG and YTS.AM automatically redirected me to YTS.LT.

18.    As mentioned above, the website included a banner advertising VPN service. Clicking on the banner generated a new window in which I received a time limited offer to purchase VPN service from NordVPN.

11



19.   The below image accurately reflects how a portion of the website https://www.domreg.lt/en/services/whois/?search=yts.lt appeared on July 19, 2019.

## SEARCHING FOR THE DOMAIN IN WHOIS

|                  | yts.lt                          | **CHECK** |
|------------------|---------------------------------|-----------|

**Domain information**

| | |
|---|---|
| Domain | yts.lt |
| Status | Registered |
| Created | 2018-07-20 19:13:37 |
| Expires | 2019-07-21 23:59:59 |
| Updated | 2019-04-11 19:34:46 |

**Registrant information**

| | |
|---|---|
| Organization | TechModo Limited |
| Address | 85 Great Portland Street, First Floor, London, W1W 7LT, gb |
| Phone | +44.2071129167 |
| Email | 13bb5b1fccd2e60880654bd8fd2b6be7-8893542@contact.gandi.net |

**Technical contact**

| | |
|---|---|
| Organization | TechModo Limited |
| Address | 85 Great Portland Street, First Floor, London, W1W 7LT, gb |
| Email | 13bb5b1fccd2e60880654bd8fd2b6be7-8893542@contact.gandi.net |
| Phone | +44.2071129167 |

**Registrar**

| | |
|---|---|
| Organization | Gandi Sas |
| Website | http://www.gandi.net/ |
| Email | reg.lt-admin@gandi.net |

**DNS servers**

eric.ns.cloudflare.com
erin.ns.cloudflare.com

20.   In response to a legal request, Cloudflare sent our office an audit log including all the IP addresses and email addresses associated with the account holder

13

of the Cloudflare account(s) associated with YTS.AG, YTS.AM, YTS.GG and YTS.SU. Exhibit "1" includes some of the IP addresses from the audit log. The IP addresses associated with YTS.SU, known TOR nodes and the majority of those from foreign countries were removed. I used publicly available resources such as the website "maxmind.com" to determine the geolocation and Internet Service Provider associated with each of the IP addresses. Exhibit "1" accurately reflects the information provided from Cloudflare and my determination.

I declare under the penalty of perjury that the foregoing is true and correct.


DATED: Kailua Kona, Hawaii, July 31, 2019.


Stephanie Kessner