**CV 19-00413 SOM-KJM**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 1, 2019
At __11__ oclock and __30__ min __AM__

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]     ORDER SETTING STATUS CONFERENCE

for **Monday, September 30, 2019** at 9:30 a.m. before:

- []     Magistrate Judge Rom Trader in Courtroom 5

- []     Magistrate Judge Wes Reber Porter in Chambers

- [✔]    Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Thursday, August 01, 2019.

                                                                /s/ J. Michael Seabright
                                                                 Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date____August 1, 2019_____   Signature _____
                                                        Atty (  ) Secy (  ) Messenger (  )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**