CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
Wicked Nevada, LLC,

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Wicked Nevada, LLC,<br><br>             Plaintiff,<br>vs.<br><br>JOHN DOE dba YTS et. al.<br><br>             Defendants. | **Case No.: 1:19-cv-413-SOM-KJM**<br>(Copyright)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF SECOND *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE [DOC. #7] WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF WITHDRWAL OF SECOND *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE [DOC. #7] WITHOUT PREJUDICE**

Plaintiff provides notice of its withdrawal of its Motion of August 5, 2019 for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference to obtain the subscriber identities associated with Defendant JOHN DOE

[Doc. #7].

DATED: Kailua-Kona, Hawaii, September 24, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
Wicked Nevada, LLC,