AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00413-SOM-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Technodo Limited
was received by me on *(date)* 30 August 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paulina of London Office, who is designated by law to accept service of process on behalf of *(name of organization)* Technodo Limited on *(date)* 4 September 2019 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 24 September 2019

C. G. Rush
*Server's signature*

COLIN GEORGE RUSH
*Printed name and title*

1 Quality Court, London, WC2A 1HR
*Server's address*

Additional information regarding attempted service, etc: