AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00413-SOM-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr Senthil Vijay Segaran
was received by me on *(date)* August 13, 2019.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on the individual by post in accordance with Rule 6.3(b) of the Civil Procedure Rules (applicable in England and Wales) on September 18, 2019 to 27 Old Gloucester Street, London, England WC1N3AX

My fees are $ — for travel and $ — for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: September 23, 2019

Server's signature

Fergus Carson-Williams, Associate
Printed name and title

Lee & Thompson LLP
Unit 4, Dee's Court, St Christopher's Place, London
Server's address
W1U1JD.

Additional information regarding attempted service, etc: