UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Wicked Nevada, LLC, ) | **Case No.: 1:19-cv-00413 SOM-KJM** |
| ) | **(Copyright)** |
| Plaintiff, ) | |
| vs. ) | **AFFIDAVIT OF FERGUS CARSON-** |
| ) | **WILLIAMS** |
| JOHN DOE dba YTS et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## AFFIDAVIT OF FERGUS CARSON-WILLIAMS

Fergus Carson-Williams hereby declares under penalty of laws of the United States that the following is true and correct.

1. I am a solicitor licensed to practice law in England and Wales.

2. I am an associate with the law firm Lee and Thompson. I have worked for the law firm since 2015 and became a solicitor this year. *See* https://www.leeandthompson.com/team/fergus-carson-williams/.

3. In accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention") and the Civil Procedure Rules of England and Wales ("CPR") (Rule 6.3(a)), Colin Rush effected service on Techmodo Limited by delivering a copy of the (i) Complaint, (ii) Summons, and (iii) Scheduling Order

to its registered office at 85 GREAT PORTLAND STREET, FIRST FLOOR, LONDON, UNITED KINGDOM W1W 7LT on September 4, 2019, which was deemed served on the same day in accordance with Rule 6.26 of the CPR.

4.  In accordance with the Hague Service Convention and the CPR (Rules 6.3(1)(b), 6.9(2) 6.9(3)), I effected service on Senthil Vijay Segaran by mailing a copy of the (i) Complaint, (ii) Summons, and (iii) Scheduling Order to Senthil Vijay Segaran's last known address at 27 OLD GLOUCESTER STREET, LONDON ENGLAND WC1N 3AX, which is the address he registered as his service address when Techmodo Limited (Company Number: 12112841) was incorporated on September 18, 2019. Service was deemed effective on September 20, 2019 pursuant to Rule 6.26 of the CPR.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: London, England, September 25, 2019.

_____
Fergus Carson-Williams