CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:     kculpepper@culpepperip.com

Attorney for Plaintiff
Wicked Nevada, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Wicked Nevada, LLC,<br><br>                Plaintiff,<br>     vs.<br><br>JOHN DOE dba YTS et. al.,<br><br>                Defendants. | **Case No.: 1:19-cv-413-SOM-KJM**<br>**(Copyright)**<br><br>**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS 1-2** |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW, Plaintiff Wicked Nevada, LLC, by and through its counsel, moves for leave to amend the complaint. This motion is brought pursuant to pursuant to Rule 15(a)(2) of the *Federal Rules of Civil Procedure*.

DATED: Kailua-Kona, Hawaii, November 27, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff