# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-953-148**

Effective Date of Registration:
January 25, 2019

## Title

Title of Work: Extremely Wicked, Shockingly Evil and Vile

## Completion/Publication

Year of Completion: 2018

## Author

- Author: Wicked Nevada LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Wicked Nevada LLC
401 Ryland St STE 200A, Reno, NV, 89502

## Limitation of copyright claim

Material excluded from this claim: preexisting footage, preexisting photograph(s), preexisting music
Previous registration and year: PAu 3-905-674, 2018
New material included in claim: all other cinematographic material, production as a motion picture, revisions/additions to script, motion picture based on previously registered screenplay

## Certification

Name: Sean Walsh
Date: January 23, 2019

Page 1 of 1

Exhibit "3"