






Copyright ©2018 WICKED NEVADA LLC
All Rights Reserved

THIS MOTION PICTURE IS BASED ON ACTUAL EVENTS.  HOWEVER, CERTAIN CHARACTERS, CHARACTERIZATIONS, INCIDENTS, LOCATIONS AND DIALOGUE WERE FICTIONALIZED OR INVENTED FOR PURPOSES OF DRAMATIZATION.

THIS MOTION PICTURE IS PROTECTED UNDER LAWS OF THE UNITED STATES AND OTHER COUNTRIES. UNAUTHORIZED DUPLICATION, DISTRIBUTION OR EXHIBITION MAY RESULT IN CIVIL LIABILITY AND CRIMINAL PROSECUTION.

WICKED NEVADA LLC IS THE AUTHOR OF

**Exhibit "4"**